FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

JUL 03 2015

CHRISTOPHER A. PRINE
CLERK

| | |
|---|---|
| Appellate Docket Number: | 14-15-00488-CV |
| Appellate Case Style: | PATRICIA ANN POTTS, INDIVIDUALLY AND IN THE INTEREST OF A MEW (A CHILD), |
| Vs. | VINCENT DUANE WILLIAM and DMC EQUIPMENT COMPANY, LTD, dba Pavers Supply Company |
| Companion Case No.: | |

Amended/corrected statement:

## DOCKETING STATEMENT (Civil)

Appellate Court: 14th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

### I. Appellant

☒ Person  ☐ Organization (choose one)

| | |
|---|---|
| First Name: | PATRICIA |
| Middle Name: | ANN |
| Last Name: | POTTS, PRO SE |
| Suffix: | |
| Pro Se: | ◉ |
| Address 1: | PO BOX 3453 |
| Address 2: | |
| City: | CROSBY |
| State: | Texas       Zip+4  77532-2453 |
| Telephone: | (281) 386-2187       ext. |
| Fax: | (000) 000-0000 |
| Email: | PATPOTTS1@GMAIL.COM |

### II. Appellant Attorney(s)

☐ Lead Attorney

| | |
|---|---|
| First Name: | |
| Middle Name: | |
| Last Name: | |
| Suffix: | II. |
| Law Firm Name: | |
| Address 1: | |
| Address 2: | |
| City: | |
| State: | Texas       Zip+4: |
| Telephone: | ext. |
| Fax: | |
| Email: | |
| SBN: | |

### III. Appellee

☒ Person  ☐ Organization (choose one)

| | |
|---|---|
| First Name: | VINCENT |
| Middle Name: | DUANE |
| Last Name: | WILLIAM |
| Suffix: | |
| Pro Se: | ◯ |

### IV. Appellee Attorney(s)

☒ Lead Attorney

| | |
|---|---|
| First Name: | ERNESTINE |
| Middle Name: | |
| Last Name: | DANSBY |
| Suffix: | |
| Law Firm Name: | |
| Address 1: | 2613 CLEBURNE |
| Address 2: | SUITE #100 |
| City: | HOUSTON |
| State: | Texas       Zip+4:  77004 |
| Telephone: | (713) 874-1600       ext. |
| Fax: | (713) 874-1723 |
| Email: | |
| SBN: | 05377500 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: DMG EQUIPMENT COMPANY, LTD | First Name: D. |
| First Name: GENE | Middle Name: RANDALL |
| Middle Name: E. | Last Name: MONTGOMERY |
| Last Name: SMITH (REGISTERED AGENT) | Suffix: |
| Suffix: | Law Firm Name: D. Randall Montgomery & Associates |
| Pro Se: ⦿ | Address 1: 12400 COIT ROAD |
| Address 1: 1575 FM 1485 | Address 2: SUITE 560 |
| Address 1: | City: DALLAS |
| City: CONROE | State: Texas  Zip+4: 75251- |
| State: Texas  Zip+4: 77301 | Telephone: (214) 292-2600  ext. |
| Telephone:  ext. | Fax: (214) 292-2601 |
| Fax: | Email: RMONTGOMERY@DRMLAWYERS.COM |
| Email: | SBN: |

## V. Perfection Of Appeal And Jurisdiction

Nature of Case (Subject matter or type of case): SAPCR (Suit Affecting Parent Child Relation:

Date order or judgment signed: March 27, 2015                Type of judgment: Dismissal

Date notice of appeal filed in trial court: May 29, 2015

If mailed to the trial court clerk, also give the date mailed:

Interlocutory appeal of appealable order: ☒ Yes ☐ No

If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

DENIAL OF TEMPORARY INJUNCTION (on 05/04/15) pursuant to Texas Civil Practice and Remedies Code 51.014(a)(4)

Accelerated appeal (See TRAP 28):   ☒ Yes ☐ No

If yes, please specify statutory or other basis on which appeal is accelerated:

FOR DENIAL OF TEMPORARY INJUNCTION pursuant to Texas Civil Practice and Remedies Code #51.014(a)(4)

Parental Termination or Child Protection? (See TRAP 28.4):   ☒ Yes  ☐ No

Permissive? (See TRAP 28.3):   ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Agreed?  (See TRAP 28.2):   ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Appeal should receive precedence, preference, or priority under statute or rule:   ☒ Yes ☐ No

If yes, please specify statutory or other basis for such status:

Does this case involve an amount under $100,000?   ☒ Yes ☐ No

Judgment or order disposes of all parties and issues:   ☒ Yes ☐ No

Appeal from final judgment:   ☒ Yes ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance?   ☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

| | | If yes, date filed: |
|---|---|---|
| Motion for New Trial: | ☐ Yes ☒ No | |
| Motion to Modify Judgment: | ☐ Yes ☒ No | |
| Request for Findings of Fact and Conclusions of Law: | ☐ Yes ☒ No | |
| Motion to Reinstate: | ☒ Yes ☐ No | April 20, 2015 |
| Motion under TRCP 306a: | ☐ Yes ☒ No | |
| Other: | ☐ Yes ☒ No | |

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of affidavit, and extension motion if filed.)

| | | If yes, date filed: |
|---|---|---|
| Affidavit filed in trial court: | ☐ Yes ☐ No | June 11, 2015 |
| Contest filed in trial court: | ☒ Yes ☐ No | May 1, 2015 |

Date ruling on contest due: June 1, 2015

Ruling on contest:  ☐ Sustained   ☒ Overruled     Date of ruling: June 1, 2015

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?   ☐ Yes   ☒ No

If yes, please attach a copy of the petition.

Date bankruptcy filed: ▮▮▮▮▮▮▮▮▮            Bankruptcy Case Number: ▮▮▮▮▮▮▮▮▮▮▮▮

## IX. Trial Court And Record

Court: 257TH DISTRICT COURT

County: HARRIS

**Trial Court Docket Number (Cause No.):** #1996-50567

Trial Judge (who tried or disposed of case):

First Name: JUDY

Middle Name: ▮▮▮▮▮▮▮▮▮

Last Name: WARNE

Suffix: ▮▮▮▮

Address 1: 201 CAROLINE

Address 2: 16TH FLOOR

City: HOUSTON

State: Texas          Zip + 4: 77002

Telephone: (713) 274-4560   ext. ▮▮▮▮

Fax: ▮▮▮▮▮▮▮▮▮

Email: MELISSA_PARKER@JUSTEX.NET

Clerk's Record:

Trial Court Clerk:   ☒ District   ☐ County

Was clerk's record requested?   ☒ Yes   ☐ No

If yes, date requested: June 1, 2015

If no, date it will be requested: ▮▮▮▮▮▮▮

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

(Note: No request required under TRAP 34.5(a),(b))

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes   ☐ No

Was reporter's record requested?   ☒ Yes   ☐ No

Was there a reporter's record electronically recorded?   ☒ Yes   ☐ No

If yes, date requested: May 29, 2015

If no, date it will be requested: ▮▮▮▮▮▮▮

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes   ☐ No   ☒ Indigent

☒ Court Reporter     ☐ Court Recorder

☒ Official     ☐ Substitute

First Name:    EUNICE

Middle Name:

Last Name:    TILLMAN

Suffix:

Address 1:    201 CAROLINE

Address 2:    16TH FLOOR

City:    HOUSTON

State: Texas      Zip + 4: 77002

Telephone:      ext.

Fax:

Email:

## X. Supersedeas Bond

Supersedeas bond filed: ☐ Yes ☒ No    If yes, date filed:

Will file: ☐ Yes ☒ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g. temporary or ancillary relief) from this Court?   ☒ Yes ☐ No

If yes, briefly state the basis for your request: Plaintiff suffer retaliatory HOUSING interference from PARTIES/State of Texas (ex-employer

## XII. Alternative Dispute Resolution/Mediation (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 9th, 10th, 11th, 12th, 13th, or 14th Court of Appeal)

Should this appeal be referred to mediation?    ☐ Yes ☒ No

If no, please specify: PARTIES/TEXAS have intentionally conspired to defraud Plaintiffs of Child Support for more than a Decade.

Has the case been through an ADR procedure?   ☐ Yes ☒ No

If yes, who was the mediator?

What type of ADR procedure?

At what stage did the case go through ADR?   ☐ Pre-Trial    ☐ Post-Trial    ☐ Other

If other, please specify:

Type of case?   SAPCR (Suit Affecting Parent Child Relationship)

Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

Plaintiffs ex-Employer (Crosby ISD/Harris County/State of TEXAS) have subjected Plaintiffs to ongoing Whistleblower Retaliation, ASSAULT, and Child Support FRAUD for eighteen years. Seeking Child Sup

How was the case disposed of?   Dismissal

Summary of relief granted, including amount of money judgment, and if any, damages awarded.   NONE

If money judgment, what was the amount? Actual damages:

Punitive (or similar) damages:

Attorney's fees (trial): ███████████

Attorney's fees (appellate): ██████████

Other: ██████████

If other, please specify: ████████████████████████████████

Will you challenge this Court's jurisdiction?    ☐ Yes  ☒ No

Does judgment have language that one or more parties "take nothing"?    ☐ Yes  ☒ No

Does judgment have a Mother Hubbard clause?  ☐ Yes  ☒ No

Other basis for finality? ████████████████████████████████

Rate the complexity of the case (use 1 for least and 5 for most complex):    ☒ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5

Please make my answer to the preceding questions known to other parties in this case.    ☒ Yes  ☐ No

Can the parties agree on an appellate mediator?  ☐ Yes  ☒ No

If yes, please give name, address, telephone, fax and email address:

| Name | Address | Telephone | Fax | Email |
|------|---------|-----------|-----|-------|
| ███████ | ███████ | ███████ | ███████ | ███████ |

Languages other than English in which the mediator should be proficient: ████████████████

Name of person filling out mediation section of docketing statement:  (PRO SE) PATRICIA A. POTTS

## XIII. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 14-06-01051-CV                    Trial Court: 11th DISTRICT COURT

Style: PATRICIA ANN POTTS

Vs. Crosby Independent School District

## XIII. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 14-07-00065-CV                    Trial Court: 11th DISTRICT COURT

Style: IN RE PATRICIA A. POTTS

Vs. ████████████████████████

**XIII. Related Matters**

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 14-09-00875-CV    Trial Court: Harris County Civil Court at Law #1

Style: PATRICIA A. POTTS

Vs. JIMMY WAYNE NEWCOMB, ET AL

**XIII. Related Matters**

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 14-11-00947-CV    Trial Court: 51st DISTRICT COURT

Style: IN RE PATRICIA A. POTTS

Vs.

**XIII. Related Matters**

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 14-12-00194-CV    Trial Court: 11th DISTRICT COURT

Style: IN RE PATRICIA A. PTTS

Vs.

**XIII. Related Matters**

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 14-12-00648-CV    Trial Court: 257th Family DISTRICT COURT

Style: PATRICIA ANN POTTS

Vs. TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, ET AL



**XIII. Related Matters**

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 14-12-00836-CV                 Trial Court: 257th Family DISTRICT COURT

Style: IN RE PATRICIA A. POTTS

Vs.

**XIII. Related Matters**

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 14-13-00177-CV                 Trial Court: 257th Family DISTRICT COURT

Style: IN RE PATRICIA A. POTTS AND A.M.W. (A CHILD)

Vs.

**XIII. Related Matters**

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 14-13-00179-CV                 Trial Court: 334th DISTRICT COURT

Style: IN RE PATRICIA A. POTTS AND A.M.W. (A CHILD)

Vs.

**XIII. Related Matters**

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 14-13-00562-CV                 Trial Court: 257 Family, DISTRICT COURT

Style: IN RE PATRICIA A. POTTS AND A.M.W. (A CHILD)

Vs.



**XIII. Related Matters**

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 14-13-00993-CV      Trial Court: 11th DISTRICT COURT

Style: IN RE PATRICIA A. POTTS AND A.M.W. (A CHILD)

Vs.

**XIII. Related Matters**

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 14-13-01085-CV      Trial Court: 11th DISTRICT COURT

Style: IN RE PATRICIA A. POTTS AND A.M.W. (A CHILD)

Vs.

**XIII. Related Matters**

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 14-14-00388-CV      Trial Court: 11th DISTRICT COURT

Style: IN RE PATRICIA ANN POTTS

Vs.

**XIII. Related Matters**

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 14-14-00639-CR      Trial Court: HC CRIMINAL Court At Law #2

Style: IN RE PATRICIA ANN POTTS

Vs.

## XIII. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 14-14-00940-CR      Trial Court: HC CRIMINAL Court At Law #2

Style: PATRICIA A. POTTS

Vs. STATE OF TEXAS

## XIII. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 14-14-00939-CR      Trial Court: HC CRIMINAL Court At Law #2

Style: PATRICIA A. POTTS

Vs. STATE OF TEXAS

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program?     ☐ Yes ☒ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal?     ☐ Yes ☒ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed an affidavit of Indigency and attached a file-stamped copy of that affidavit, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines?     ☐ Yes ☐ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee? ☐ Yes ☒ No

If yes, please attach an Affidavit of Indigency completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of an affidavit under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

Plaintiff's ex-Employer (Crosby ISD/Harris County/State of TEXAS) have subjected Plaintiffs to ongoing Whistleblower Retaliation, ASSAULT, and Child Support FRAUD for eighteen years. Seeking Child Sup

**XV. Signature**

---

Signature of counsel (or pro se party)

Date:     June 18, 2015

Printed Name: PATRICIA ANN POTTS, (PRO SE)     State Bar No.:

Electronic Signature: /S/ PATRICIA A. POTTS, pro se
(Optional)

## XVI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on June 18, 2015 .

_____

Signature of counsel (or pro se party)

Electronic Signature: /S/ PATRICIA A. POTTS
(Optional)

State Bar No.: ████████████

Person Served

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

          (1) the date and manner of service;
          (2) the name and address of each person served, and
          (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: June 18, 2015

Manner Served: eServed

First Name: ERNESTINE

Middle Name: ████████████

Last Name: DANSBY

Suffix: ████

Law Firm Name: ████████████

Address 1: 2613 CLEBURNE

Address 2: SUITE #100

City: HOUSTON

State Texas      Zip+4: 77004

Telephone: (713) 874-1600   ext. ████

Fax: (713) 874-1723

Email: ████████████

If Attorney, Representing Party's Name: (DEF.) VINCENT DUANE WILLIAM

Please enter the following for each person served:

Date Served: June 18, 2015

Manner Served: Certified Mail

First Name: DMG EQUIPMENT COMPANY, ltd /dba/ Pav

Middle Name:

Last Name:

Suffix:

Law Firm Name: GENE E. SMITH (REGISTERED AGENT)

Address 1: 1575 FM 1485

Address 2:

City: CONROE

State Texas     Zip+4: 77301

Telephone: (936) 756-6960   ext.

Fax: (936) 756-6903

Email:

If Attorney, Representing Party's Name: